**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CAROLYN McCREARY as Personal**
**Representative of the Estate of Lorenza**
**McCreary,**

        **Plaintiff,**

-vs-                                                    **Case No. 6:09-cv-1394-Orl-19DAB**

**BREVARD COUNTY, FLORIDA, a**
**political subdivision of the State of Florida,**
**BREVARD COUNTY SHERIFF JACK**
**PARKER in his official capacity, OFFICER**
**JAMES MOFFITT, OFFICER LARRY**
**CUMMINGS, CORPORAL DAILS NED**
**MILS, SERGEANT ANSELL, OFFICER**
**MARK MORRIS, SERGEANT DAVIS,**
**LIEUTENANT DODSON, MAJOR HIBBS,**
**CORPORAL GETZ, CORPORAL**
**KELLERUP, GEORGE REED, MAJOR**
**LISA PATRIC, JOHN/JANE DOES 1-50,**

        **Defendants.**
_____

## ORDER

This case comes before the Court on the Motion to Dismiss Complaint or For More Definite Statement by Officer James Moffit, Officer Larry Cummings, Corporal Ned Mills, Sergeant Ansell, Officer Mark Morris, Sergeant Davis, George Reed, and Major Lisa Patrick (collectively "Defendants"). (Doc. No. 45, filed Jan. 19, 2010.)

On August 8, 2007, Carolyn McCreary filed the original Complaint in the present action. (Doc. No. 1.) On January 19, 2010, the Defendants filed a Motion to Dismiss. (Doc. No. 45.) On

March 29, 2010, Carolyn McCreary filed an Amended Complaint.[1] (Doc. No. 55.) In light of the subsequent filing of the Amended Complaint (Doc. No. 55), the Motion to Dismiss Complaint or For More Definite Statement by Officer James Moffit, Officer Larry Cummings, Corporal Ned Mills, Sergeant Ansell, Officer Mark Morris, Sergeant Davis, George Reed, and Major Lisa Patrick (Doc. No. 45, filed Jan. 19, 2010) is **DENIED as moot**.

  **DONE** and **ORDERED** in Orlando, Florida on April 28, 2010.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The Amended Complaint was originally filed on March 29, 2010. (Doc. No. 54.) The Amended Complaint was subsequently refiled on March 31, 2010 in order to correct the parties in the first paragraph. (Doc. No. 55.) Officer Mark Morris, Sergeant Ansell, Sergeant Davis, Corporal Kellerup and Major Hibbs were terminated from the present action. (*Id.*).