UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAROLYN McCREARY, etc.,

    Plaintiff,

Case no: 6:09-cv-1394-Orl-19DAB

v.

BREVARD COUNTY, FLORIDA, etc., et al.,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Carolyn McCreary, as Personal Representative of the Estate of Lorenza McCreary, hereby voluntarily dismisses this cause with prejudice pursuant to the terms of the parties' settlement.

I hereby certify that on May 6, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: Michael J. Roper, Esq., 2707 E. Jefferson Street, Orlando, FL 32803; Thomas W. Poulton, Esq., 1035 S. Semoran Blvd., Winter Park, FL 32792; S. Renee Stephens Lundy, Esq., P.O. Box 2928, Orlando, FL 32802; and Francis H. Sheppard, Esq., P.O. Box 1873, Orlando, FL 32802.

    Beloff | Parker | Jacobs
    1930 Harrison Street, Suite 208
    Hollywood, Florida 33020
    (954) 929-0679 Telephone
    (888) 632-4944 Facsimile
    EJacobs@BeloffParker.com

    By: __/s/ Eric A. Jacobs__
        Eric A. Jacobs
        Fl. Bar No.: 0189065

Beloff | Parker | Jacobs
1930 Harrison St., Ste. 208, Hollywood, Florida 33020 – 954.929.0679 Telephone – 888.632.4944 Facsimile